THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 Edward N.
 Dawson, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 

ON WRIT OF CERTIORARI

Appeal From Charleston County
 Roger M. Young, Circuit Court Judge

Memorandum Opinion No. 2008-MO-042
 Submitted October 22, 2008  Filed October
27, 2008    

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Matthew J. Friedman, Office of the Attorney General, of
 Columbia, for Petitioner.
 Deputy Chief Appellate Defender Wanda H. Carter, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia,  for Respondent.
 
 
 

PER CURIAM:  After
 careful consideration of the Appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES and BEATTY, JJ., concur. KITTREDGE, J., not
participating.